NICOLETTI HORNIG CAMPISE & SWEENEY
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street
New York, New York 10005-1801
(212) 220-3830
(FILE NO.: 80000159 SCC/SDC)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AMERICAN HOME ASSURANCE COMPANY
a/s/o MAXON TELECOM COMPANY LTD.,

|  |  |
|---|---|
| Plaintiff, | Index No.: 04 CV 1639(ARR)(KAM) |
| - against - | **STIPULATION AND ORDER OF DISCONTINUANCE** |

H & FRIENDS FREIGHT, INC.,
MARK IV TRANSPORTATION & LOGISTICS,
INC. and SWINGLINE MANAGEMENT
SERVICES, INC.,

Defendants.
------------------------------------------------------------X

The above-entitled action having been settled, it is hereby stipulated and agreed by and between the undersigned attorneys for the parties herein, that the action be discontinued and that all counterclaims and/or cross-claims that were, or could have been, asserted are hereby dismissed, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with prejudice, without costs and without prejudice to the right, upon application made within forty-five (45) days of the entry of this Order, to reopen the action should the settlement not be fully consummated.

Dated:    New York, New York
            April 7, 2005

NICOLETTI HORNIG CAMPISE & SWEENEY
Attorneys for Plaintiff

By:

Scott D. Clausen (SC-1797)
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005
(212) 220-3830
File No.: 800000159 (SCC)

MALOFF, LEBOWITZ, CONNAHAN & OLESKE
Attorneys for Defendant
Mark IV Transportation & Logistics Inc.

By:

Jerald Oleske (JO- Richard Corbor Jr.
299 Broadway, Suite 1610
New York, New York 10007     (RW-7938)

MAHONEY AND KEANE, LLP
Attorneys for Defendant H & Friends Freight

By:

Edward Keane (EK-    )
111 Broadway, 10th Floor
New York, New York 10006

SO ORDERED:

5/12/05

_____ (U.S.D.J.)